United States District Court
Southern District of Texas
**ENTERED**
October 13, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| **MARIA TERESA MARTINEZ PAREDES,** | § § § | |
| Plaintiff, | § § | |
| VS. | § § | **CIVIL ACTION NO. 5:22-CV-00089** |
| **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,** *et al.*, | § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

For the reasons stated in the Court's Order signed on October 13, 2023, it is hereby ORDERED that:

(1) Plaintiff Maria Teresa Martinez Paredes' action for a writ of mandamus against Defendants United States Citizenship Immigration Services, Ur Mendoza Jaddou, and Tina Almond, is DISMISSED WITHOUT PREJUDICE.

(2) In compliance with Rule 58 of the Federal Rules of Civil Procedure, the Court sets out its judgment "in a separate document." FED. R. CIV. P. 58.

This is a FINAL JUDGMENT.

SIGNED this October 13, 2023.

Diana Saldaña
United States District Judge